**James RANDOLPH, Appellant,**

v.

**Christine M. BALDIN, et al., Respondents.**

**WD 78064**

Missouri Court of Appeals, Western District.

ORDER FILED: March 22, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 2016

Application for Transfer Denied June 28, 2016

James Randolph, Kansas City, MO, Appellant, pro se.

Bradley S. Russell and Ryan R. Cox, Overland Park, KS, Attorneys for Respondents.

Before Division Two: Cynthia L. Martin, Presiding Judge, and Mark D. Pfeiffer and Karen King Mitchell, Judges

### Order

Per Curiam:

James Randolph appeals the trial court's judgment in favor of the defendants, Christine and Anthony Baldin, in Randolph's action for trespass and nuisance. The trial court determined that Randolph lacked standing to assert his claims because Randolph failed to show that he had legal possession or ownership of the property at issue. We affirm. Rule 84.16(b).